No. 03–10286.  MORALES v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–10288.  SHERRATT v. FRIEL, WARDEN.  Ct. App. Utah.  Certiorari denied.

No. 03–10289.  O'BRIEN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–10296.  PROTOPAPPAS v. LEWIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10298.  LANDSBERGER v. LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–10301.  JOHNSON v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 03–10302.  JACKSON v. LOUISIANA.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 03–10304.  LORD v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 03–10305.  CARNEY, AKA SMITH v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–10308.  DAVIS v. WILSON, WARDEN, ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 03–10310.  BLANDON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 03–10316.  JONES v. MICHIGAN DEPARTMENT OF CORRECTIONS.  Ct. App. Mich.  Certiorari denied.

No. 03–10317.  SAN JUAN NANCE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–10321.  MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.